DATE: July 5, 2013

REPLY TO
ATTN OF: Liberty Lander, U.S. Probation Officer 

SUBJECT: **RE: Michael Rossi**
Docket No. 3:13-00014-01

TO: The Honorable Aleta A. Trauger, U.S. District Judge

On Friday, June 28, 2013, sentencing commenced in the above referenced matter. After discussion regarding the defendant's current medical condition, the Court requested additional information from the parties, to include documentation from the Bureau of Prisons regarding its ability to provide medical care to Mr. Rossi if he were to receive a custodial sentence.

In light of this, the Government has requested a copy of Michael Rossi's medical records which were obtained by the United States Probation Office during the course of the presentence investigation. Because certain medical records are protected from redisclosure, the probation office is seeking permission from the Court prior to providing them to the parties.

Therefore, the Court orders

☒ The probation office to disclose all medical records obtained during the presentence investigation to counsel for the defendant and counsel for the Government.

☐ Other: _____

_____  7/8/13
Aleta A. Trauger                  Date
U.S. District Judge

Cc: Billy Marlowe, Counsel for Defendant
Sandra Moses, Assistant United States Attorney