UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED. Hearing reset for 8/14/13 at 2:00 p.m.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:13-00014 |
| v. | ) | Judge Trauger |
| | ) | |
| MICHAEL DOMINIC ROSSI | ) | |

### JOINT MOTION TO CONTINUE SENTENCING HEARING

The United States of America, through David Rivera, Acting United States Attorney for the Middle District of Tennessee, and Assistant United States Attorney Sandra G. Moses, and defendant, Michael Dominic Rossi, through defendant's counsel, Billy J. Marlowe, move this Honorable Court to continue the date and time for the continued sentencing hearing in this case from August 1, 2013, at 2:30 p.m. to August 14, 2013, at 2:00 p.m. The United States has requested this continuance because the undersigned Assistant U.S. Attorney is scheduled to appear before the United States Court of Appeals for the Sixth Circuit at 9:00 a.m., in Cincinnati, Ohio, on August 1, 2013, in *United States v. David Miller*, Case No. 12-6501.

Respectfully Submitted,

DAVID RIVERA
Acting United States Attorney


 s/Sandra G. Moses                         s/Billy J. Marlowe
SANDRA G. MOSES                        BILLY J. MARLOWE
Assistant U.S. Attorney                    Attorney for Michael Dominic Rossi